```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

G.T., et al.,

                **Plaintiffs,**

    -against-

UNITED STATES OF AMERICA,

                **Defendant.**

-----------------------------------------------------------------X

22-CV-10901 (ALC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    Due to a conflict in the Court's calendar, the Initial Pretrial Conference currently scheduled for Thursday, July 6, 2023, is RESCHEDULED for Friday, July 7, 2023, at 9:45 a.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    July 6, 2023
                New York, New York