UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| G.T. and Elizabeth Reyes,<br><br>                    Plaintiffs,<br><br>          -against-<br><br>United States of America et al.,<br><br>                    Defendants. | 22-CV-10901 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The parties are ordered to meet and confer and, by April 28, 2026, propose trial dates in October of 2026.

SO ORDERED.

Dated: April 21, 2026
        New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge