UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| G.T.,<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>United States of America,<br><br>　　　　　　　　Defendants. | 22-CV-10901 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The parties should send a proposed joint stipulation effecting the severance of the case against the United States, and the remand of the remaining claims, by April 30, 2026. Separately, plaintiff should confirm that it advised the Magistrate Judge that assisted the parties in their discussions that the case against the United States has been settled. Any further intended filings in this case should be made at the same time that the joint stipulation is filed.

　　　　　SO ORDERED.

Dated: April 28, 2026
　　　　New York, New York

　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　United States District Judge