UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G.T. et al.,

Plaintiffs,

-against-

United States of America et al.,

Defendants.

22-CV-10901 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court has reviewed the proposed settlement agreement. The agreement provides for $361,347.05 to be allocated to Merson Law, PLLC for fees. However, the contingency fee agreement, Dkt. 131-2, indicates that the fee should be lower (either $300,000 if calculated upon the entire $1,500,000, or $294,538.82 if the disbursement is first subtracted, per the agreement's text). Counsel is ordered to provide the Court with more information explaining how the fee was calculated, or to otherwise revise the fee, by July 15, 2026.

SO ORDERED.

Dated: July 9, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge