UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G.T. et al.,

Plaintiffs,

-against-

United States of America, et al.,

Defendants.

22-CV-10901 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Now that the remaining defendants' claims have been remanded to state court and the claims against the United States have been released, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: August 7, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge